IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Cecil Eric Fox,   #172955, | ) | C.A. No.  3:08-2945-TLW-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Jon Ozmint, Robert Ward, and | ) | |
| State of South Carolina, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.).  In his Report, Magistrate Judge McCrorey recommends that the State of South Carolina be summarily dismissed as a defendant in the above-captioned case without prejudice and without issuance and service of process.  The Report was filed on October 21, 2008.  No objections have been filed.

    This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

    A review of the record indicates that the Report accurately summarizes this case and the

2

applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 12), and the State of South Carolina is summarily dismissed as a defendant in the above-captioned case without prejudice and without issuance and service of process.

    **IT IS SO ORDERED.**

                                                  s/ Terry L. Wooten
                                                **TERRY L. WOOTEN**
                                           **UNITED STATES DISTRICT JUDGE**

December 2, 2008
Florence, South Carolina